1  BENJAMIN B. WAGNER
   United States Attorney
2  KYLE F. REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

FILED
AUG -1 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,              )
                                       )
         Plaintiff,                    )   D.C. NO. 2-11-CR-326 KJM
                                       )
    v.                                 )   APPLICATION AND ORDER
                                       )   FOR UNSEALING INDICTMENT
SEAN C. HOWARD,                        )
                                       )
         Defendant.                    )
_____)

On July 28, 2011, the indictment was filed in the above-referenced case. Since the defendant has now been arrested, it is no longer necessary for the indictment to be sealed. The government respectfully requests that the indictment be unsealed.

DATED: August 1, 2011              BENJAMIN B. WAGNER
                                   United States Attorney

                                   By: /s/ Kyle Reardon
                                   KYLE F. REARDON
                                   Assistant U.S. Attorney

ORDER

SO ORDERED:

DATED: August 1, 2011              _____
                                   HON. KENDALL J. NEWMAN
                                   U.S. Magistrate Judge

1