```
DANIEL J. BRODERICK, #89424
Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>SEAN HOWARD<br><br>        Defendant.<br>_____ | No. 2:11-cr-00326-KJM<br><br>WAIVER OF DEFENDANT'S PRESENCE |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant, SEAN HOWARD, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, specifically, appearances for any hearing regarding modification of conditions of supervised release, except upon arraignment, plea, impanelment of jury and imposition of sentence.

Defendant hereby requests the Court to proceed during every absence which the Court may permit pursuant to this waiver; agrees that

1  defendant's interests will be deemed represented at all times by the
2  presence of the defendant's attorney, the same as if the defendant were
3  personally present; and further agrees to be present in court ready for
4  trial any day and hour the Court may fix in the defendant's absence.
5  　　　The defendant further acknowledges being informed of the rights
6  under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes
7  the defendant's attorney to set times and dates under that Act without
8  the defendant's personal presence.
9  　　　The original signed copy of this waiver is being preserved by the
10 attorney undersigned.
11 Dated:　August 1, 2011

　　　　　　　　　　　　　　　　　　　　　　_/s/ Sean Howard_____
　　　　　　　　　　　　　　　　　　　　　　SEAN HOWARD
　　　　　　　　　　　　　　　　　　　　　　Defendant

I agree and consent to my client's waiver of appearance.
Dated: August 3, 2011
　　　　　　　　　　　　　　　　　　　　　　/s/ Matthew M. Scoble
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　MATTHEW M. SCOBLE
　　　　　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

IT IS SO ORDERED.
Dated:　August 4, 2011.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE