1  BENJAMIN B. WAGNER
   United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  (916) 554-2700
   (916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| UNITED STATES, | ) | CASE NO. 2:11-CR-0326 KJM |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | **GOVERNMENT MOTION TO STRIKE** |
| v. | ) | **MODIFICATION OF CONDITION OF** |
| SEAN HOWARD, | ) | **PRETRIAL RELEASE AND ORDER** |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

The United States of America, by and through the undersigned attorney, hereby moves to strike the additional condition of pretrial release imposed by the Court following the defendant's sentencing on March 5, 2012. At sentencing, the United States asked the Court to impose a condition of pretrial release requiring the defendant to seek sex offender treatment that included use of physical response testing. The Court granted the motion and ordered the parties to prepare a stipulation modifying the defendant's conditions of pretrial release.

After consulting with Pretrial Services, the United States Probation Office, and defense counsel, it appears as if there is

currently no mechanism to provide such treatment.  In short, Pretrial Services does not provide such testing, the defendant is not yet under the supervision of the United States Probation Office, and the defendant does not have the financial means to pay for such treatment.  As such, there do not appear to be any systems in place through which the defendant could receive the examination, evaluation, and care sought by the United States.

The defendant continues to receive mental health care through Pretrial Services.  Given the absence of any available treatment options, the relatively short period of time between the defendant's sentencing and surrender date, the lack of any misconduct since his arrest, and the available treatment that defendant may receive through the Bureau of Prisons, the United States no longer seeks the additional condition of pretrial release ordered by the Court on May 5, 2012, and asks the Court to strike this added condition from the defendant's pretrial release conditions.

Dated: March 14, 2012                    Respectfully Submitted,

                                         BENJAMIN B. WAGNER
                                         United States Attorney

                                    By:  */s/ Kyle Reardon*
                                         KYLE REARDON
                                         Assistant U.S. Attorney

**O R D E R**

Approved and so ordered.

Dated: March 16, 2012.

_____
UNITED STATES DISTRICT JUDGE

2