IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | ) CASE NO.  2:11-CR-00326 KJM |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| SEAN C. HOWARD, | ) |
| Defendant. | ) |

The United States' motion is granted.  An "Amended Judgment in a Criminal Case" (AO 245C) showing that no restitution is ordered in this case will be filed.

DATED:  June 5, 2012.

_____
UNITED STATES DISTRICT JUDGE